## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE RURAL DEVELOPMENT f/k/a FARMERS HOME ADMINISTRATION,<br><br>           Plaintiff,<br><br>v.<br><br>RAYMOND ROMERO and MIRIAM A. ROMERO, jointly and severally,<br><br>           Defendants. | CIVIL NO. 2006/0020 |

### ORDER

THIS MATTER comes before the Court on a Motion for Release of Funds filed by Plaintiff, United States Department of Agriculture Rural Housing Service f/k/a Farmers Home Administration. Funds were deposited by Clemente Cintron, Jr. on September 24, 2007 on behalf of Defendants, Raymond and Miriam Romero, with this Court for the purpose of redeeming the property described as Plot No. 193 Estate Mon Bijou, King Quarter, St. Croix U.S. Virgin Islands before the expiration of the six-month redemption period. The premises considered and good cause appearing therein, it is hereby

**ORDERED** that the funds in the sum of Twenty Nine Thousand Four Hundred and Forty Two Dollars and Thirty Five Cents ($29,442.35) deposited by Mr. Clemente Cintron on behalf of Defendants for redeeming the foreclosed property be released to Plaintiff through their counsel Flavia E. Logie, P.C. Such funds are to be issued payable to the United States Department of Agriculture.

**ENTER**:

**DATE:** March 27, 2008

_____/s/_____
**RAYMOND L. FINCH**
**DISTRICT COURT JUDGE**